

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In re Landstar Ranger, Inc.

No. 06-21-00069-CV

Original Mandamus Proceeding

Opinion delivered by Justice Stevens, Chief Justice Morriss and Justice Burgess participating.

     As stated in the Court's opinion of this date, we find that Relator is not entitled to the relief sought. Therefore, we deny the petition.

RENDERED AUGUST 16, 2021
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk